# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| ARVINMERITOR TECHNOLOGY, LLC, ET AL | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 15-13862 |
| | ) | |
| v. | ) | |
| | ) | |
| KIC LLC, ET AL | ) | Hon. David M. Lawson |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: KIC LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James K. Cleland
Brinks, Hofer,
524 S. Main Street
Suite 200
Ann Arbor, MI 48104-2921

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/LGranger
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 3, 2015



# Summons and Complaint Return of Service

Case No. 15-13862
Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   KIC LLC

Date of Service:

## Method of Service

____   Personally served at this address:

____   Left copies at the usual place of abode with (name of person):

____   Other (specify):

____   Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| ARVINMERITOR TECHNOLOGY, LLC, ET AL | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 15-13862 |
| v. | ) | |
| KIC LLC, ET AL | ) | Hon. David M. Lawson |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: KIC HOLDINGS, INC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> James K. Cleland
> Brinks, Hofer,
> 524 S. Main Street
> Suite 200
> Ann Arbor, MI 48104-2921

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/LGranger
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 3, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-13862
Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: KIC HOLDINGS, INC

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 12/09) Summons in a Civil Action

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| ARVINMERITOR TECHNOLOGY, LLC, ET AL ) | |
| ) | |
| ) | Civil Action No. 15-13862 |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | |
| KIC LLC, ET AL ) | Hon. David M. Lawson |
| ) | |
| ) | |
| *Defendant*. ) | |

**SUMMONS IN A CIVIL ACTION**

To:   KIC GROUP, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James K. Cleland
Brinks, Hofer,
524 S. Main Street
Suite 200
Ann Arbor, MI 48104-2921

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/LGranger
     *Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 3, 2015



# Summons and Complaint Return of Service

Case No. 15-13862
Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   KIC GROUP, LLC

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: